1  BROWNSTEIN THOMAS, LLP
   MARK C. THOMAS SBN: 215580
2  353 Sacramento Street, Suite 1140
   San Francisco, CA 94111
3  Telephone: 415-986-1338
   Facsimile: 415-986-1231
4  mark@brownsteinthomas.com

5  Attorneys for Plaintiff
   Robert Henley

6
               **K&L GATES LLP**
7         10100 Santa Monica Boulevard
                 Seventh Floor
8          Los Angeles, California 90067
             Telephone: 310.552.5000
9            Facsimile: 310.552.5001

10 Thomas H. Petrides (SBN 117121)
         thomas.petrides@klgates.com
11 Christina N. Goodrich (SBN 261722)
         christina.goodrich@klgates.com
12 Nancy C. Hagan (SBN 273981)
         nancy.hagan@klgates.com
13
   Attorneys for Defendant Heineken USA
14 Incorporated

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 | ROBERT HENLEY, an individual, | Case No.: C 12-04835 JSW |
   |---|---|
18 | Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND THE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION |
19 | vs. | |
20 | HEINEKEN USA, a New York corporation, and DOES 1-50, | |
21 | | [Assigned to the Honorable Jeffrey S. White] |
22 | Defendants. | |

---

1

**[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR, C 12-04835 JSW**

1 **ORDER**

2  Good cause appearing therein, the stipulation of the parties to extend the time for Plaintiff
3 Robert Henley and Defendant Heineken USA Incorporated (collectively, the "Parties") to complete
4 alternative dispute resolution is hereby approved and adopted as the Order of this Court as follows:
5  1.  The deadline for the Parties to complete alternative dispute resolution is continued
6    from May 31, 2013 to August 30, 2013.

7

8  IT IS SO ORDERED.

9

10
11 Dated: __May 13, 2013_____  By: _____
12             HONORABLE JEFFREY S. WHITE
             UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR, C 12-04835 JSW**