BROWNSTEIN THOMAS, LLP
MARK C. THOMAS SBN: 215580
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Telephone: 415-986-1338
Facsimile: 415-986-1231
mark@brownsteinthomas.com

Attorneys for Plaintiff
Robert Henley

**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Thomas H. Petrides (SBN 117121)
    thomas.petrides@klgates.com
Christina N. Goodrich (SBN 261722)
    christina.goodrich@klgates.com
Nancy C. Hagan (SBN 273981)
    nancy.hagan@klgates.com

Attorneys for Defendant Heineken USA
Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENLEY, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>HEINEKEN USA, a New York corporation, and DOES 1 -50,<br><br>        Defendants. | Case No.: C 12-04835 JSW<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND THE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION**<br><br>[Assigned to the Honorable Jeffrey S. White] |

**ORDER**

Good cause appearing therein, the stipulation of the parties to extend the time for Plaintiff Robert Henley and Defendant Heineken USA Incorporated (collectively, the "Parties") to complete alternative dispute resolution is hereby approved and adopted as the Order of this Court as follows:

1. The deadline for the Parties to complete alternative dispute resolution is continued from May 31, 2013 to August 30, 2013.

IT IS SO ORDERED.

Dated: May 13, 2013         By: _____
                                HONORABLE JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR, C 12-04835 JSW**